ACCEPTED
06-15-00004-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/10/2015 9:45:59 AM
DEBBIE AUTREY
CLERK

## FOR THE SIXTH COURT OF APPEALS
## AT TEXARKANA, TEXAS

**LESLIE LEE** §
   **Appellant**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/10/2015 9:45:59 AM
DEBBIE AUTREY
Clerk

V. § CASE NO. 06-15-00004-CR
   TRIAL COURT NO. 42954-A

THE STATE OF TEXAS
   Appellee §

### THIRD MOTION FOR EXTENSION OF TIME
### TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

NOW COMES, LESLIE LEE, the Appellant herein, and moves the Court for an extension of time to file Appellant's Brief in this cause, pursuant to Rules 38.6 and 10.5 (b) of the Texas Rules of Appellate Procedure, and in support thereof would show the Court as follows:

I.

The Appellant in this cause was convicted in the 188th District Court, Gregg County, Texas in cause number 42954-A for the offense of Theft. On October 8, 2014, punishment was assessed at six (06) months in the Department of Criminal Justice, State Jail.

II.

The Reporter's record was filed on March 30, 2015. The Appellant's Brief is due on or about June 10, 2015.

III.

The Appellant hereby requests an extension of time to file Appellant's Brief.

The undersigned counsel has been unable to devote sufficient time to the review of the record, research and preparation of Appellant's Brief for the following good and sufficient reasons:

This counsel has been diagnosed with complications related to his prior surgery in March at the Harvard Medical School in Boston, Massachusetts. Counsel was scheduled for a follow up doctor's appointment on June 4, 2015 and continues to be under a doctor's care.

In addition to the above-listed matter, the undersigned counsel has been involved with a very busy trial and appellate schedule and is involved in numerous other felony and misdemeanor cases at various stages of litigation.

WHEREFORE, PREMISES CONSIDERED, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court extend the time for filing Appellant's Brief for an additional thirty (30) days, to July 10, 2015.

RESPECTFULLY SUBMITTED,


__/s/ Clement Dunn_____
Attorney for Appellant
140 E. Tyler Street, Suite 240
Longview, TX 75601
(903) 753-7071 Fax (903) 753-8783
State Bar # 06249300

## CERTIFICATE OF SERVICE

As Attorney of Record for Defendant, I do hereby Certify that a true and correct copy of the above and foregoing document was this date provided to the Attorney for the State.

Date: 06-10-15

__/s/ Clement Dunn_____
Attorney for Appellant

# FOR THE SIXTH COURT OF APPEALS
## AT TEXARKANA, TEXAS

**LESLIE LEE**                    §
    **Appellant**

V.                               §        CASE NO. 06-15-00004-CR
                                          TRIAL COURT NO. 42954-A

THE STATE OF TEXAS
    Appellee                 §

## ORDER

BE IT REMEMBERED, that on the _____ day of _____, 2015, came

on to be considered the above and foregoing Third Motion for Extension of Time to File

Appellant's Brief.  After consideration of the same, it is the opinion of the Court that Appellant's

Motion be:

    (  )    GRANTED, and the present cause is hereby extended until _____,

    2015.

    (  )    DENIED, to which ruling the Appellant excepts.

    (  )    SET FOR HEARING ON THE _____ day of _____, 2015, at

    _____ o'clock_____.

SIGNED:

                                    _____
                                    JUDGE PRESIDING